IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED


ARIEON GASQUE,

        Appellant,

 v.

DANNY KISWANI,

        Appellee.

_____/

Case No.  5D23-1752
LT Case No. 2022-DR-001648

Opinion filed August 18, 2023

Nonfinal Appeal from the Circuit Court
for Seminole County,
Michael J. Rudisill, Judge.

Arieon Gasque, Orlando, pro se.

Mark A. Skipper, of Law Office of
Mark A. Skipper, P.A., Orlando, for
Appellee.


PER CURIAM.

     Arieon Gasque appeals a pre-final-judgment order entered by the trial

court denying her motion for civil contempt in the pending paternity action

between the parties.  Pursuant to Florida Rule of Appellate Procedure

9.040(c), we treat Gasque's appeal as a petition for writ of certiorari and dismiss the petition for failing to establish the requisite irreparable harm.

DISMISSED.

EDWARDS, C.J., LAMBERT and PRATT, JJ., concur.